UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MS. EFFIE LIGON, as Manager of IBIS Group, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, the Commissioner of Internal Revenue Paul R. Shipley # 91-02526, Revenue Agent Approving Officer/Group Manager, et. al. in concert,<br><br>　　　　　　Defendant. | Case No. MS05-5022FDB<br><br>ORDER |

　　　　This cause of action has been erroneously filed as a miscellaneous action.  Plaintiff, therefore, is **ORDERED** to pay the required fee for filing a civil action by no later than **Friday, September 30, 2005** or this cause of action will be dismissed.

　　　　DATED this 29th day of August, 2005.

_/s/ Franklin D. Burgess_
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1